# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GORDON DALE MEADOR, | NO. CV 16-0091-PSG (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WILLIAM MUNIZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 10/18/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE